UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:12-0244 |
| WILKS PUBLICATIONS, INC., et al., | ) ) ) | Judge Haynes/Bryant |
| Defendants. | ) | |

### O R D E R

This case has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 5). The initial case management conference is reset to **May 7, 2012, at 11:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 7, 2012.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge